AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

FILED
APR 10 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

United States of America
v.
Peter Clark
*Defendant*

Case No. 3:24MJ5111

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Peter Clark, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 2422(b) - Coercion or Enticement

Title 18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct

Date: April 9, 2024

[signature]
*Issuing officer's signature*

City and state: Toledo, OH

Darrell A Clay, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/9/24, and the person was arrested on *(date)* 4/9/24
at *(city and state)* TOLEDO, OH.

Date: 4/10/24

[signature]
*Arresting officer's signature*

Chad Smith/Deputy U.S. Marshal
*Printed name and title*